**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Emoji Company GmbH,

    Plaintiff,

v.

    SCHEDULE "A"

    Defendant.

Civil Action No.: 20-cv-4874



### Notice of withdrawal of Response

    Agent jesun hereby withdraw the response filed on October 8 against the plaintiff's complaint and no longer represent the defendant for anything.

DATED: October 21, 2020

Respectfully submitted,

    ***Jesun***
Guangdong Yilong Law Firm
Room 1403, Wanhui Building, Longgang Street,
Longgang District, Shenzhen, Guangdong, China
+86-131-2045-1811
iplawyer01@foxmail.com

SCHEDULE "A"

| Seller Name | Seller Origin | Company or individual | Address |
|---|---|---|---|
| SAQIMA | A159YMHZNAXJLK | Shen Zhen shi hui yang Jian she gong cheng you xian gong si | Long gang qu long cheng jie dao shang Jing she qu Long Cheng zhong lu 108 hao zheng zhong shi dai da Sha 807-8 Shen zhen shi Guang Dong |